# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

v.

**WARRANT FOR ARREST**

**JOHN DOE 5**

Case Number: **2:18-CR-00302-MJH *SEALED***

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **JOHN DOE 5,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Identity theft – fraudulent transfer, possession or use of a means of identification**

in violation of United States Title:Section(s)

**18 USC Sections 1028(a)(7) and 1028(b)(1)(D)**

| Susan Parmeter | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Susan Parmeter* | 11/02/2018     Erie |
| Signature of Issuing Officer | Date and Location |

Bond to be set by U.S. Magistrate Judge.

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

| Date Received | Name and Title of Arresting Officer |
|---|---|
| Date of Arrest | Signature of Arresting Officer |